**Order entered January 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01266-CV

**LANCESHA NORMAN, Appellant**

**V.**

**NP COMMUNITY DEVELOPMENT D/B/A HEROES HOUSE, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05981-E**

## ORDER

By order dated January 3, 2020, we ordered appellant to provide, by January 21st, written verification that she has requested preparation of the reporter's record and cautioned her that failure to comply may result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's date, appellant has not responded. Accordingly, we order this appeal be submitted without the reporter's record. *See id*.

Appellant shall file her brief on the merits **WITHIN THIRTY DAYS** of the date of this order.

/s/    BILL WHITEHILL
       JUSTICE